

**Wednesday, November 26, 2014**

No. 14–0656/AR. U.S. v. Dana P. Blouin. CCA 20121135. Appellant's motion to extend time to file a brief granted to December 15, 2014.

No. 15–0184/AF. U.S. v. Jacob L. Hooper. CCA 38307. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 15, 2014.

No. 15–0186/CG. U.S. v. Michael E. Sullivan. CCA 001–69–13. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 15, 2014.